1
2
3
4
5
6
7
8
9
10

H. H. (Shashi) Kewalramani (Bar No. 262290)
shashi@ljpklaw.com
**LEE, JORGENSEN, PYLE & KEWALRAMANI, PC**
4790 Irvine Blvd., Suite 105-315
Irvine, CA 92620
Telephone:   (714) 252-6611
Facsimile:    (714) 602-4690

Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:   (949) 502-2870
Facsimile:  (949) 258-5081
Attorneys for Plaintiff, Network Signatures, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| NETWORK SIGNATURES, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>NEW YORK LIFE INSURANCE COMPANY, a New York Corporation,<br><br>        Defendant. | Case No. SACV11-01613 JVS (RNBx)_<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT OF CASE** |

        The Court having been advised by the counsel for the parties that the above-entitled action has been settled.

        IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 60 days, to reopen the action if settlement is not consummated.

Dated: February 09, 2012

_____
HON. JAMES V. SELNA
United States District Judge

1

**[PROPOSED] ORDER OF DISMISSAL UPON SETTLEMENT OF CASE**